IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARKELVIN LORENZO MCHENRY**                                    **PETITIONER**

v.                         NO. 3:23-cv-00239-KGB-PSH

**DEXTER PAYNE**                                                 **RESPONDENT**

### ORDER

Petitioner Markelvin Lorenzo McHenry ("McHenry") has filed a letter that the Clerk of the Court ("Clerk") has construed as a motion for extension of time and copies. See Docket Entry 5. In the motion, McHenry asks that he be sent another blank application to proceed in forma pauperis. He also asks that the deadline for him to either pay the five dollar filing fee or file a completed application to proceed in forma pauperis be extended beyond the current deadline of January 4, 2024.

For good cause shown, the motion is granted. The Clerk shall re-send McHenry the documents necessary to file an application to proceed in forma pauperis. McHenry is given up to, and including, February 2, 2024,

to either pay the filing fee or file an application to proceed in forma pauperis. In the event McHenry fails to pay the filing fee or file an application to proceed in forma pauperis by February 2, 2024, it will be recommended that this case be dismissed.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE