## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARKELVIN LORENZO MCHENRY**                                           **PETITIONER**

**v.**                          **NO. 3:23-cv-00239-KGB-PSH**

**DEXTER PAYNE**                                                        **RESPONDENT**

### ORDER

Petitioner Markelvin Lorenzo McHenry ("McHenry") began this case by filing a petition for writ of habeas corpus. He failed, though, to accompany his petition with the five dollar filing fee or an application to proceed in forma pauperis.

McHenry has now filed the pending motion for leave to proceed in forma pauperis. See Docket Entry 7. The motion and accompanying exhibit reflects, in part, that his total deposits for the last six months were $1,255.00, his average monthly account balance was $20.36, and his account balance as of January 8, 2024, was $34.71. Given those facts, the Court finds that he has the means to pay the five dollar filing fee. His motion to proceed in forma pauperis is therefore denied.

McHenry is given up to, and including, February 23, 2024, to pay the five dollar filing fee. In the event he fails to pay the filing fee by the close of business on February 23, 2024, the Court will recommend that this case be dismissed without prejudice. Unless and until the filing fee is paid, service of process cannot be ordered.

IT IS SO ORDERED this 22nd day of January, 2024.

_____

UNITED STATES MAGISTRATE JUDGE