IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARKELVIN LORENZO MCHENRY**             **PETITIONER**

v.             **NO. 3:23-cv-00239-KGB-PSH**

**DEXTER PAYNE**             **RESPONDENT**

## ORDER

Petitioner Markelvin Lorenzo McHenry ("McHenry") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. Respondent Dexter Payne ("Payne") has now filed a response to the petition. In the response, Payne maintains that the petition should be dismissed because McHenry's claim is not cognizable in federal habeas corpus. Before giving serious consideration to Payne's assertion, the Court accords McHenry an opportunity to file a reply. In the reply, McHenry should explain why his claim, and this petition, should not be dismissed for the reason advanced by Payne. McHenry is given up to, and including, June 6, 2025, to file his reply.

IT IS SO ORDERED this 5th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE